UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SAMANTHA D. (ROWELL) COMMINS, Individually and as Next Friend, Natural Parent and Legal Guardian of N.C. and E.C., Minor Children, and as Personal Representative and Ancillary Administratrix of the Estate of SAMUEL JACK COMMINS, Deceased, Plaintiffs, and ACE AMERICAN INSURANCE COMPANY, Intervenor Plaintiff, vs. NES RENTALS HOLDINGS, INC., NES EQUIPMENT SERVICES CORPORATION d/b/a NES RENTALS, and GENIE INDUSTRIES, INC., Defendants. | JURY TRIAL DEMANDED<br><br>Case No. 3:16-cv-00608-GNS |

### DECLARATION OF CORY BULAND IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY

CORY BULAND makes the following declaration:

1. I am an associate with the law firm of Susman Godfrey, L.L.P., attorneys for Plaintiffs. I am over the age of twenty-one (21) years, am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct. I submit this declaration in support of Plaintiffs' Motion to Compel Discovery.

2. Attached as Exhibit A to this declaration is a true and correct copy of IPAF - What is Best Practice dated November 21, 2012.

3. Attached as Exhibit B to this declaration is a true and correct copy of IPAF Guidance on MEWP Selection Where the Risk of Sustained Involuntary Operation of Controls and/or Overhead Entrapment is Identified.

4. Attached as Exhibit C to this declaration is a true and correct copy of IPAF Guidance for Instructors and MEWP Operators.

5. Attached as Exhibit D to this declaration is a true and correct copy of IAPA 2014 Shortlisted Entries.

6. Attached as Exhibit E to this declaration is a true and correct copy of a letter from Marc Lovell to Cory Buland regarding additional discovery dated January 29, 2018.

7. Attached as Exhibit F to this declaration is a true and correct copy of a letter from Cory Buland to Marc Lovell regarding NES discovery dated February 13, 2018.

8. Attached as Exhibit G to this declaration is a true and correct copy of Defendants NES Rentals Holdings, Inc. and NES Equipment Services Corporation d/b/a NES Rentals' Objections and Answers to Plaintiffs' First Set of Interrogatories dated February 8, 2018.

Date: March 21, 2018

_____
CORY BULAND